

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00753-CV

Kenneth **GIBUSA**,
Appellant

v.

Sylvia **NYAUCHO**, Benta Okweso Cornel and Lamech Hamisi,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05422
Honorable Norma Gonzales, Judge Presiding

# **O R D E R**

The appellant's request for extension of time to file appeal documents is hereby
MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court